United States District Court
Southern District of Texas
**ENTERED**
March 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EMILIO ZEPEDA, Individually and for Others Similarly Situated, <br><br> v. <br><br> CCL CONTRACTS CONSULTANCY, INC. | Case No. 4:19-cv-00073 |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

The Court has reviewed the unopposed motion for settlement and the settlement agreement attached thereto. Having considered the motion and the relevant filings, the Court finds the settlement is a fair and reasonable compromise of this FLSA dispute, including all claims asserted in this action. The Court permits the parties' agreement to remain under seal.

Because the settlement resolves all outstanding issues in this case, dismissal is also appropriate. This case is, and all claims asserted in this case are, therefore dismissed with prejudice.

Dated: __03/06__, 2020.

_____
CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE